**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     In re Daniel W. Warren, Beneficiary of the Daniel Steven Weiner
                         1996 Trust

Appellate case number:   01-15-00471-CV

Trial court case number: 425,576-401

Trial court:             Probate Court No. 4 of Harris County

        The en banc court has voted to deny relator's motion for en banc reconsideration. It is
ordered that the motion for en banc reconsideration is **denied**.

        It is so ORDERED.


Judge's signature: /s/ Jane Bland
                   ☒ Acting for the En Banc Court[*]

Panel consists of Justices Jennings, Bland, and Brown

Date: October 22, 2015

---

[*] En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd.